FILED

2006 Feb-01 AM 10:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
ANNISTON DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; SONY PICTURES HOME ENTERTAINMENT INC., a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; LIONS GATE FILMS, INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; and PARAMOUNT PICTURES CORPORATION, a Delaware corporation, | Civil Action. No.: _____ |
| Plaintiffs, | |
| vs. | |
| PATRICIA JOHNSON, | |
| Defendant. | |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Come Plaintiffs and for their claim aver as follows:

**JURISDICTION AND VENUE**

1.      This is a civil action seeking damages and injunctive relief for copyright

infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2.      This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331

(federal question); and 28 U.S.C. § 1338(a) (copyright).

3.      This Court has personal jurisdiction over Defendant, and venue in this District is

proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that Defendant resides in this

District, and the acts of infringement complained of herein occurred in this District.

## PARTIES

4.     Plaintiffs Universal City Studios Productions LLLP, Sony Pictures Home
Entertainment Inc., Columbia Pictures Industries, Inc., Twentieth Century Fox Film Corporation,
Lions Gate Films, Inc., Disney Enterprises, Inc. and Paramount Pictures Corporation
(collectively, the "Plaintiffs") are among the world's leading creators and distributors of motion
pictures. Plaintiffs bring this action to stop Defendant from copying and distributing to others
over the Internet unauthorized copies of the Plaintiffs' copyrighted motion pictures. Defendant's
infringements allow Defendant and others to unlawfully obtain and distribute for free
unauthorized copyrighted works that the Plaintiffs spend millions of dollars to create and/or
distribute. Each time Defendant unlawfully distributes a free copy of one of the Plaintiffs'
copyrighted motion pictures to others over the Internet, each person who copies that motion
picture can then distribute that unlawful copy to others without any significant degradation in
sound and picture quality. Thus, Defendant's distribution of even one unlawful copy of a motion
picture can result in the nearly instantaneous worldwide distribution of that single copy to a
limitless number of people. The Plaintiffs now seek redress for this rampant infringement of
their exclusive rights.

5.     Plaintiff Universal City Studios Productions LLLP ("Universal") is a Delaware
limited liability limited partnership, with its principal place of business at 100 Universal City
Plaza, Universal City, California. Universal is engaged in the production, acquisition and
distribution of motion pictures for theatrical exhibition, home entertainment and other forms of
distribution. Universal is the owner of the copyrights and/or the pertinent exclusive rights under
copyright in the United States in motion pictures, including those identified in Exhibit A, which
have been unlawfully distributed over the Internet by the Defendant.

6.     Plaintiff Sony Pictures Home Entertainment Inc. ("SPHE") is a Delaware corporation, with its principal place of business at 10202 West Washington Boulevard, Culver City, California. SPHE is engaged in the production, acquisition and distribution of motion pictures for theatrical exhibition, home entertainment and other forms of distribution. SPHE is the owner of the copyrights and/or the pertinent exclusive rights under copyright in the United States in motion pictures, including those indicated on Exhibit A, which have been unlawfully distributed over the Internet by the Defendant.

7.     Plaintiff Columbia Pictures Industries, Inc. ("Columbia") is a Delaware corporation, with its principal place of business at 10202 West Washington Boulevard, Culver City, California. Columbia is engaged in the production, acquisition and distribution of motion pictures for theatrical exhibition, home entertainment and other forms of distribution. Columbia is the owner of the copyrights and/or the pertinent exclusive rights under copyright in the United States in motion pictures, including those identified in Exhibit A, which have been unlawfully distributed over the Internet by the Defendant.

8.     Plaintiff Twentieth Century Fox Film Corporation ("Fox") is a Delaware corporation, with its principal place of business at 10201 West Pico Boulevard, Los Angeles, California. Fox is engaged in the production, acquisition and distribution of motion pictures for theatrical exhibition, home entertainment and other forms of distribution. Fox is the owner of the copyrights and/or the pertinent exclusive rights under copyright in the United States in motion pictures, including those identified in Exhibit A, which have been unlawfully distributed over the Internet by the Defendant.

9.     Plaintiff Lions Gate Films, Inc. ("Lions Gate") is a Delaware corporation, with its principal place of business at 2700 Colorado Avenue, Suite 200, Santa Monica, California. Lions Gate is engaged in the production, acquisition and distribution of motion pictures for

3

theatrical exhibition, home entertainment and other forms of distribution. Lions Gate is the owner of the copyrights and/or the pertinent exclusive rights under copyright in the United States in motion pictures, including those indicated on Exhibit A, which have been unlawfully distributed over the Internet by the Defendant.

10.    Plaintiff Disney Enterprises, Inc. ("Disney") is a Delaware corporation, with its principal place of business at 500 South Buena Vista Street, Burbank, California. Among other things, Disney or one or other of its subsidiaries, is engaged in the production, acquisition and distribution of motion pictures for theatrical exhibition, home entertainment and other forms of distribution. Disney is an owner of the copyrights and/or the pertinent exclusive rights under Copyright Law in the United States in certain motion picture works, including those indicated on Exhibit A, which have been unlawfully distributed over the Internet by the Defendant.

11.    Plaintiff Paramount Pictures Corporation ("Paramount") is a Delaware corporation, with its principal place of business at 5555 Melrose Avenue, Los Angeles, California. Paramount is engaged in the production, acquisition and distribution of motion pictures for theatrical exhibition, home entertainment and other forms of distribution. Paramount is the owner of the copyrights and/or the pertinent exclusive rights under copyright in the United States in motion pictures, including those identified in Exhibit A, which have been unlawfully distributed over the Internet by the Defendant.

12.    Upon information and belief, Defendant, an individual, resides in this District.

## COUNT I

## INFRINGEMENT OF COPYRIGHTS

13.    The Plaintiffs are responsible for the creation, development, production and distribution of numerous commercially released motion pictures.

14.     At all relevant times the Plaintiffs have been the holders of the pertinent exclusive rights infringed by Defendant, as alleged hereunder, for certain copyrighted motion pictures, including, but not limited to, *Coach Carter, The Grudge, The Incredibles, Fantastic Four, Saw, Meet The Fockers, Hide and Seek, Hitch, Boogeyman* and *Are We There Yet?* (collectively, the "Copyrighted Motion Pictures"). Each of the Copyrighted Motion Pictures is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. True and correct copies of these Certificates of Copyright Registration are attached hereto as Exhibit A.

15.     Each of the Copyrighted Motion Pictures contains a copyright notice advising the viewer that the motion picture is protected by the copyright laws.

16.     The Plaintiffs are informed and believe that Defendant, without the permission or consent of the Plaintiffs, has used, and continues to use, an online media distribution system to distribute to the public, including by making available for distribution to others the Copyrighted Motion Pictures, on or about February 28, 2005, March 23, 2005, March 31, 2005, and April 1, 2005, respectively. In doing so, Defendant has violated the Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of the Plaintiffs' exclusive rights protected under the Copyright Act of 1976 (17 U.S.C. § 101 et seq.).

17.     The foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of the Plaintiffs.

18.     As a result of Defendant's infringement of the Plaintiffs' exclusive rights under copyright, the Plaintiffs are entitled to relief pursuant to 17 U.S.C. § 504, and to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

19.     Defendant's conduct is causing, and unless enjoined and restrained by this Court will continue to cause, the Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. The Plaintiffs have no adequate remedy at law. Pursuant

5

to 17 U.S.C. §§ 502 and 503, the Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing the Plaintiffs' copyrights and ordering that Defendant destroy all copies of the Copyrighted Motion Pictures made in violation of the Plaintiffs' copyrights.

WHEREFORE, the Plaintiffs pray for judgment against Defendant as follows:

1.  For entry of preliminary and permanent injunctions providing Defendant shall be enjoined from directly or indirectly infringing the Plaintiffs' rights in the Copyrighted Motion Pictures and any motion picture, whether now in existence or later created, that is owned or controlled by the Plaintiffs ("the Plaintiffs' Motion Pictures"), including without limitation by using the Internet to reproduce or copy any of the Plaintiffs' Motion Pictures, to distribute any of the Plaintiffs' Motion Pictures, or to make any of the Plaintiffs' Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of the Plaintiffs. Defendant also shall destroy all copies of the Plaintiffs' Motion Pictures that Defendant has downloaded onto any computer hard drive or server without the Plaintiffs' authorization and shall destroy all copies of those downloaded motion pictures transferred onto any physical medium or device in Defendant's possession, custody, or control.

2.  For actual damages or statutory damages pursuant to 17 U.S.C. § 504, at the election of the Plaintiffs.

3.  For the Plaintiffs' costs.

4.  For the Plaintiffs' reasonable attorneys' fees.

5.    For such other and further relief as the Court deems proper.

Respectfully submitted,

DATED:   January 31, 2006

_____
Linda Friedman
One of the Attorneys for Plaintiffs

OF COUNSEL
Linda A. Friedman
John Marshall Crutcher, Jr.
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone:    (205) 521-8274
Facsimile:    (205) 488-6274

Alexandra N. DeNeve (pro hac vice
pending)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154-0037
Telephone:    (212) 407-4000
Facsimile:    (205) 407-4990

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For of the Performing Arts
3 STATES COPYRIGHT OFFICE

**PA 1-256-832**

PA0001256832

Mo▶ 1   Day▶ 24   Year▶ 05

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**
**TITLE OF THIS WORK ▼**

COACH CARTER

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

MOTION PICTURE

**2**  **a**
**NAME OF AUTHOR ▼**

MMDP Munich Movie Development & Production GmbH & Co. Project 1 KG

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
X Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {Citizen of ▶ _____
{Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ✗ No
Pseudonymous?  ☐ Yes  ✗ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

ENTIRE WORK

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {Citizen of ▶ _____
{Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {Citizen of ▶ _____
{Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**  **a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2004 ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ 14   Day ▶ 14   Year ▶ 2005
ONLY if this work has been published.
USA ◄ Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MMDP Munich Movie Development & Production GmbH & Co Project 1 KG
c/o Paramount Pictures Corporation
5555 MELROSE AVE
LOS ANGELES, CA 90038

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JAN 24 2005
**ONE DEPOSIT RECEIVED**
JAN 24 2005
**TWO DEPOSITS RECEIVED**
(8) 35 mm [l
**FUNDS RECEIVED**

11R13522 1  02

*Page 1 of 2*

| EXAMINED BY | N L G | FORM PA |
|---|---|---|
| CHECKS | | |
| ☐ | ESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPAR.** CONTINUATION SHEET

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  X No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes" give: Previous Registration Number ▼     Year of Registration ▼

**6**  a  b

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Some previously registered musical compositions are incorporated in this work.

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed. ▼
Dramatic musical and literary material and other works of authorship incorporated in the motion picture than the material set
forth in 6a above, have been added to this work.

**7**  a  b

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give
Name ▼     Account Number ▼     and number of Account.

PARAMOUNT PICTURES CORPORATION     DA 036201

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVE, LUBITSCH 315
LOS ANGELES CA 90038
Area code and daytime telephone number ▶ (323) 956-5404     Fax number ▶ (323)862-1614

Email ▶ legal_copyright@paramount.com

**8**

CERTIFICATION  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
X authorized agent of Paramount P    ──  Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
be best of my knowledge

of the work identified in this application and that the statements made by me in this application are correct

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Juliette Youngblood     Date 1/16/06

Handwritten signature (X) ▼
x  _Juliette Youngblood_

**9**

Certificate will be mailed in window envelope to this address:
Name ▼
PARAMOUNT PICTURES CORPORATION
Number/Street/Apt ▼
5555 MELROSE AVE LUBITSCH 315
City/State/Zip ▼
LOS ANGELES CA 90038

• Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

1183322 1 02

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1–241–927**

EFFECTIVE DATE OF REGISTRATION

**OCT 2 2 2004**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK▼**
THE GRUDGE

**PREVIOUS OR ALTERNATIVE TITLES▼**

**NATURE OF THIS WORK▼** See Instructions
Motion Picture

---

**2**

**a** **NAME OF AUTHOR▼**
GHP 2 - Grudge, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Author of entire work (see Space 6)

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 22   Year ▶ 2004
United States of America ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2▼
GHP 2 - Grudge, LLC
8666 Wilshire Blvd.
Beverly Hills, CA 90211

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**APPLICATION RECEIVED**
OCT 2 2 2004
ONE DEPOSIT RECEIVED
OCT 2 2 2004
TWO DEPOSITS RECEIVED
(5) 35 mm L
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.          **DO NOT WRITE HERE**

| EXAMINED BY | SBO | FORM PA |
|---|---|---|
| CHECKED BY | BB | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**    **Year of Registration ▼**
Screenplay: Pending                2004

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
Based on the 2003 Japanese film "JU-ON: The Grudge" written and directed by Takashi Shimizu.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Entire motion picture except as described in Space 6A.

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**    Thomson & Thomson    **Account Number ▼** 061794

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
See Space 9

Area Code & Telephone Number ▶ (310) 244-7553

**7**

Be sure to give your daytime phone number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Columbia Pictures Industries, Inc. by Gayle McDonald    date ▶ October 22, 2004

Handwritten signature (X) Gayle McDonald

**8**

**MAIL CERTIFICATE TO**
Name ▼ Gayle McDonald
Columbia Pictures Industries, Inc.
Number/Street/Apartment Number ▼ 10202 W. Washington Blvd.
City/State/ZIP ▼ Culver City, CA 90232-3195

**Certificate will be mailed in window envelope**

**9**

01/27/2005 14:56 FAX 818 562 3103       DISNEY                                  Ø002

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-250-536**

EFFECTIVE DATE OF REGISTRATION

Dec 29, 2004
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**
TITLE OF THIS WORK ▼
THE INCREDIBLES

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Motion Picture

---

**2 a**

NAME OF AUTHOR ▼
Pixar Animation Studios

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
      Domiciled in  USA

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK                      If the answer to either
Anonymous?      ☐ Yes ☑ No    of these questions is
Pseudonymous?   ☐ Yes ☑ No    "Yes," see detailed
                              instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire motion picture

**NOTE**
Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a
work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
      Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK                      If the answer to either
Anonymous?      ☐ Yes ☐ No    of these questions is
Pseudonymous?   ☐ Yes ☐ No    "Yes," see detailed
                              instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a
work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
      Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK                      If the answer to either
Anonymous?      ☐ Yes ☐ No    of these questions is
Pseudonymous?   ☐ Yes ☐ No    "Yes," see detailed
                              instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3 a**
YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED  This information
  2004            must be given
              Year  in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information    Month November  Day 5  Year 2004
ONLY if this work
has been published.                                      USA
                                                         Nation

---

**4**
See Instructions
before completing
this space.

COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as
the author given in space 2. ▼
DISNEY ENTERPRISES, INC & PIXAR ANIMATION STUDIOS
500 S. Buena Vista St.  Burbank, CA 91521
Burbank, CA 91521-0635

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Agreement

APPLICATION RECEIVED
DEC 29 2004
ONE DEPOSIT RECEIVED
DEC 29 2004
TWO DEPOSITS RECEIVED
(6) 35mm K
FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
               See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

01/27/2005  14:58 FAX 818 562 3103          DISNEY                                    ☒003

| EXAMINED BY _[signature]_ | FORM PA |
|---|---|
| CHECKED BY DBC | |
| ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes", why is another registration being sought? (Check appropriate box ) ▼ If your answer is No  do not check box A, B  or C

**a** ☐ This is the first published edition of a work previously registered in unpublished form

**b** ☐ This is the first application submitted by this author as copyright claimant

**c** ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is  Yes  give Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Based on a preexisting screenplay entitled THE INCREDIBLES

**a**

**6**

See instructions<br>before completing<br>this space

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

Cinematographic material

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                                              Account Number ▼

Buena Vista Copyright Services                                     DA 014273

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Gary Young Lim - The Walt Disney Company
500 S  Buena Vista St
Burbank  CA  91521 0635

**b**

Area code and daytime telephone number     ( 818  ) 560 1412          Fax number   ( 818  ) 562 3103

Email gary_lim@disney com

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Claimants**

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Gary Young Lim                                                      Date  11/05/04

Handwritten signature (X) ▼

x _[signature]_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>The Walt Disney Company   Attn Gary Lim     63394<br><br>Number/Street/Apt ▼<br>500 South Buena Vista Street<br><br>City/State/ZIP ▼<br>Burbank  CA  91521 0635 | • Complete all necessary spaces<br>• Sign your application in space 8<br><br>1  Application form<br>2  Nonrefundable filing fee in check or money<br>   order payable to Register of Copyrights<br>3  Deposit material<br><br>Library of Congress<br>Copyright Office<br>101 Independence Avenue  S E<br>Washington  D C  20559-6000 | **9** |
|---|---|---|---|

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000  Web Rev  June 2002   ⊕ Printed on recycled paper                           U S  Government Printing Office 2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE **PA 1-281-340**

EFFECTIVE DATE OF REGISTRATION

**July 7, 2005**

Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**
FANTASTIC FOUR

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**
FEATURE MOTION PICTURE - (007536)

## 2

**a**

**NAME OF AUTHOR ▼**
KUMAR Mobiliengesellschaft mbH & Co. Projekt Nr. 3 KG

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in **GERMANY**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
**2005** Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month **6**   Day **28**   Year **2005**
**UNITED STATES** Nation

## 4

See Instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Twentieth Century Fox Film Corporation
P.O. Box 900
Beverly Hills, CA 90213

**TRANSFER** If the claimant (s) named here in space 4 is (are) different from the author (s) named in space 2, give a brief statement of how the claimant (s) obtained ownership of the copyright. ▼
By assignment.

APPLICATION RECEIVED
JUL 07 2005
ONE DEPOSIT RECEIVED
JUL 07 2005
TWO DEPOSITS RECEIVED
(6) 35 mm L.L
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY **KSP**

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give  **Previous Registration Number** ▼         **Year of Registration** ▼
       See below                                                2005

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Feature screenplay entitled FANTASTIC FOUR (registration pending); based on the comic books entitled
FANTASTIC FOUR (registrations unknown); based on the comic books entitled FANTASTIC FOUR; music.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

All other cinematographic material.

**a**
**6**
See instructions
before completing
this space

**b**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                              **Account Number** ▼

Twentieth Century Fox Film Corporation            DA011185

**a**
**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Mary McGuire 2121/731
Fox Group Legal - P.O. Box 900
Beverly Hills, CA  90213

Area code and daytime telephone number  (310) 369-5159                  Fax number   (310) 369-2382
Email  CR@Fox.com

**b**

**CERTIFICATION**\*  I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right (s)
☒ authorized agent of   Twentieth Century Fox Film Corporation
                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date

Mary McGuire                                            Date    06-Jul-2005

Handwritten signature (X) ▼     x  _Mary McGuire_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼  Fox Group Legal
         Attn: Mary McGuire (Bldg. 2121, Room 731)
Number/Street/Apt ▼
         P.O. Box 900
City/State/ZIP ▼
         Beverly Hills, CA  90213

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1  Application Form
2  Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3  Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C  20559-6000

**9**

\*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**Ⓒ Form PA___/ CON**
UNITED STATES COPYRIGHT OFFICE

**PA 1-281-340**

[barcode]
*PA000012813460*

| PA | AU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

July 7, 2005
(Month)      (Day)      (Year)

CONTINUATION SHEET RECEIVED
JUL 07 2005

Page **3** of **4** pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification
of
Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  FANTASTIC FOUR
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S). (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  Twentieth Century Fox Film Corporation
  P.O. Box 900 Beverly Hills, CA 90213

**B**
Continuation
of Space 2

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | If the answer to either of these questions is "Yes," see detailed instructions. |
|---|---|---|---|
| ☐ Yes ☐ No | OR { Citizen of ▶_____ Domiciled in ▶_____ | Anonymous? ☐Yes ☐No Pseudonymous? ☐Yes ☐No | |

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | If the answer to either of these questions is "Yes," see detailed instructions. |
|---|---|---|---|
| ☐ Yes ☐ No | OR { Citizen of ▶_____ Domiciled in ▶_____ | Anonymous? ☐Yes ☐No Pseudonymous? ☐Yes ☐No | |

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | If the answer to either of these questions is "Yes," see detailed instructions. |
|---|---|---|---|
| ☐Yes ☐No | OR { Citizen of ▶_____ Domiciled in ▶_____ | Anonymous? ☐Yes ☐No Pseudonymous? ☐Yes ☐No | |

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA*

CONTINUATION OF (Check which):   ☐ Space 1   ☒ Space 4   ☐ Space 6

KUMAR Mobiliengesellschaft mbH & Co. Projekt Nr. 3 KG
Tolzer Strasse 15
82031
Grunwald, Germany

**C**

Continuation
of other
Spaces

| Certificate will be mailed in window envelope to this address: | Name ▼ Fox Group Legal<br>Attn: Mary McGuire (Bldg. 2121, Room 731) | YOU MUST<br>• Complete all necessary spaces<br>• Sign your application | **D** |
| | Number/Street/Apt ▼<br>P.O. Box 900 | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE<br>1 Application Form<br>2 Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3 Deposit material | Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000 |
| | City/State/ZIP ▼<br>Beverly Hills, CA  90213 | MAIL TO<br>Library of Congress, Copyright Office<br>101 Independence Avenue, S. E.<br>Washington, D.C. 20559-6000 | |

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000



138861205

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE



NUMBER

PAu 2 – 881 – 679

*PAU002901679*

EFFE...

MAY 17 2004
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼  Saw

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

entire motion-picture

**2** **a**

NAME OF AUTHOR ▼  Saw Productions, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___ USA
Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☒ No
Pseudonymous?     ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
motion-picture

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___
Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___
Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
Year 2004

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ___ Day ___ Year ___
Nation ___

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Saw Productions, Inc.
901 N. Highland Ave.
Los Angeles, CA 90038

APPLICATION RECEIVED
MAY 17 2004
ONE DEPOSIT RECEIVED
MAY 17 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY ☞

CHECKED BY

CORRESPONDENCE ☐ Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ PAU 2 - 784 - 960    Year of Registration ▼ August 26, 2003

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Screenplay by Leigh Whannell and James Wan

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

all motion Picture Dramatization

**6**
a
b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                             Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Gregg Hoffman
c/o Evolution Management
901 N. Highland Ave. Los Angeles, CA
Area code and daytime telephone number (323) 337-0654   Fax number (323) 337-0671
Email Ghoffman @ evolution-ent.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Saw Productions, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
GREGG HOFFMAN                                      Date 3/11/04
Handwritten signature (X) ▼
x Gregg H.

Certificate will be mailed in window envelope to this address:
Name ▼ GREGG HOFFMAN c/o Evolution
Number/Street/Apt ▼ 901 N. HIGHLAND AVE.
City/State/ZIP ▼ LOS ANGELES, CA 90027

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⟲ Printed on recycled paper                U.S. Government Printing Office: 2000-461-113/20,021

FEB-19-2005  14:11                                                                    P.05

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA** 02310

*For a Work of the Performing Arts*
**UNITED STATES COPYRIGHT OFFICE**

№   **PA 1-255-623**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 1 | 25 | 05 |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

TITLE OF THIS WORK ▼

**MEET THE FOCKERS**

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

**MOTION PICTURE**

---

**2**

**a** NAME OF AUTHOR ▼

**UNIVERSAL CITY STUDIOS LLLP**

Was this contribution to the work a
"work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **UNITED STATES**
Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous? ☐ Yes ☐ No   If the answer to either
Pseudonymous? ☐ Yes ☐ No   of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
**CO-AUTHOR OF ENTIRE WORK EXCEPT AS NOTED IN SPACE 6.**

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**b** NAME OF AUTHOR ▼

**DREAMWORKS LLC**

Was this contribution to the work a
"work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **UNITED STATES**
Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous? ☐ Yes ☐ No   If the answer to either
Pseudonymous? ☐ Yes ☐ No   of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
**CO-AUTHOR OF ENTIRE WORK EXCEPT AS NOTED IN SPACE 6.**

**c** NAME OF AUTHOR ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous? ☐ Yes ☐ No   If the answer to either
Pseudonymous? ☐ Yes ☐ No   of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED   This information
must be given
ONLY if this work
has been published.
**2004** ◄ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information   Month▶ **DECEMBER**   Day▶ **6**   Year▶ **2004**
**UNITED STATES** ◄ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as
the author given in space 2. ▼
**UNIVERSAL CITY STUDIOS LLLP and DREAMWORKS LLC**
**100 UNIVERSAL CITY PLAZA**
**UNIVERSAL CITY, CALIFORNIA 91608**

See instructions
before completing
this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**JAN 25 2005**
ONE DEPOSIT RECEIVED
**JAN 25 2005** (6) 35mm-L
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

FEB-19-2005  14:12

P.06

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼
2004

**6** DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

UNPUBLISHED SCREENPLAY; PREVIOUSLY PUBLISHED MUSIC USED WITH PERMISSION.

b  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

ALL OTHER CINEMATOGRAPHIC MATERIAL.

**7** DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a  Name ▼                                                    Account Number ▼

UNIVERSAL CITY STUDIOS LLLP                    DA 014982

b  CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
UNIVERSAL STUDIOS
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA 91608
ATTN: PATRICIA VILLALOBOS
Area code and daytime telephone number ▶ ( 818 )  777-1899          Fax number ▶ ( 818 )  866-6339
Email ▶ pat.villalobos@unistudios.com

**8** CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  UNIVERSAL CITY STUDIOS LLLP
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
PATRICIA VILLALOBOS                                    Date ▶ January 20, 2005
Handwritten signature (X) ▼
x  Patricia Villalobos

**9** Certificate
will be
mailed in
window
envelope
to this
address:
Name ▼
UNIVERSAL CITY STUDIOS LLLP
ATTN: PATRICIA VILLALOBOS
Number/Street/Apt ▼
100 UNIVERSAL CITY PLAZA, 1280/6
City/State/ZIP ▼
UNIVERSAL CITY, CALIFORNIA  91608

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 2002—20,000
WEB REV: June 2002        02319 MEET THE FOCKERS        ⊕ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/69

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

R____
PA 1-256-834

EFFECTIVE DATE OF REGISTRATION

Month JAN  Day 28  Year 2005

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
HIDE AND SEEK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**
FEATURE MOTION PICTURE   (030416)

**2**

**a**  **NAME OF AUTHOR ▼**
MBC Beteiligungs GmbH & Co  Filmproduktions-KG

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
Domiciled in  GERMANY

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐Yes  ☒No
Pseudonymous? ☐Yes  ☒No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire Work

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐Yes  ☐No
Pseudonymous? ☐Yes  ☐No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐Yes  ☐No
Pseudonymous? ☐Yes  ☐No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2005  Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month 1  Day 7  Year 2005
UNITED STATES  Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Twentieth Century Fox Film Corporation
P O  Box 900
Beverly Hills  CA  90213

**TRANSFER**  If the claimant (s) named here in space 4 is (are) different from the author (s) named in space 2  give a brief statement of how the claimant (s) obtained ownership of the copyright ▼
By assignment

**APPLICATION RECEIVED**
JAN 2 8 2005
**ONE DEPOSIT RECEIVED**
(6) 35mm/L
**TWO DEPOSITS RECEIVED**
JAN 2 8 2005
**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

| | |
|---|---|
| EXAMINED BY | FORM PA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION**  Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☒ Yes ☐ No   If your answer is  Yes   why is another registration being sought?  (Check appropriate box )▼ If your answer is No  do not check box A  B  or C

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☒ This is a changed version of the work  as shown by space  6 on this application

If your answer is  Yes  give  Previous Registration Number ▼
**See below**

Year of Registration ▼
**2004**

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**Feature screenplay entitled HIDE AND SEEK (PAu 2-828 541)  music**

**a**

**6**

See instructions before completing this space

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**All other cinematographic material**

**b**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼
**Twentieth Century Fox Film Corporation**

Account Number ▼
**DA011185**

**a**

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

**Mary McGuire 2121/731**
**Fox Group Legal  P O Box 900**
**Beverly Hills  CA  90213**

**b**

Area code and daytime telephone number  **(310) 369 5159**       Fax number  **(310) 369 2382**

Email  **CR@Fox com**

**CERTIFICATION\***  I the undersigned  hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right (s)
☒ authorized agent of  **Twentieth Century Fox Film Corporation**
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼  If this application gives a date of publication in space  3  do not sign and submit it before that date

**Mary McGuire**       Date  **27 Jan 2005**

Handwritten signature (X) ▼
☞  x  *Mary McGuire*

| Certificate will be mailed in window envelope to this address | Name ▼  **Fox Group Legal** **Attn  Mary McGuire (Bldg  2121  Room 731)** Number/Street/Apt ▼  **P O Box 900** City/State/ZIP ▼  **Beverly Hills  CA  90213** | **9** |
|---|---|---|

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application
  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA  TX  or VA

**Form PA__ / CON**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-256-834**

EFFECTIVE DATE OF REGISTRATION

(Month) JAN  (Day) 28  (Year) 2005

CONTINUATION SHEET RECEIVED
JAN 2 8 2005

Page _3_ of _4_ pages

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- **TITLE**  (Give the title as given under the heading  Title of this Work  in Space 1 of the basic form )
  **HIDE AND SEEK**

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)**  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA )
  **Twentieth Century Fox Film Corporation**
  **P O  Box 900   Beverly Hills  CA  90213**

---

**B**
Continuation of Space 2

| | NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
|---|---|---|---|
| **d** | | | Year Born ▼   Year Died ▼ |

| Was this contribution to the work a  work made for hire ?  ☐ Yes  ☐ No | AUTHOR S NATIONALITY OR DOMICILE  Name of Country  OR { Citizen of ▶_____  Domiciled in ▶_____ | WAS THIS AUTHOR S CONTRIBUTION TO THE WORK  Anonymous?  ☐Yes  ☐No  Pseudonymous?  ☐Yes  ☐No | If the answer to either of these questions is "Yes  see detailed instructions |

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed ▼

| | NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
|---|---|---|---|
| **e** | | | Year Born ▼   Year Died ▼ |

| Was this contribution to the work a  work made for hire ?  ☐ Yes  ☐ No | AUTHOR S NATIONALITY OR DOMICILE  Name of Country  OR { Citizen of ▶_____  Domiciled in ▶_____ | WAS THIS AUTHOR S CONTRIBUTION TO THE WORK  Anonymous?  ☐Yes  ☐No  Pseudonymous?  ☐Yes  ☐No | If the answer to either of these questions is "Yes  see detailed instructions |

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed ▼

| | NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
|---|---|---|---|
| **f** | | | Year Born ▼   Year Died ▼ |

| Was this contribution to the work a  work made for hire ?  ☐Yes  ☐No | AUTHOR S NATIONALITY OR DOMICILE  Name of Country  OR { Citizen of ▶_____  Domiciled in ▶_____ | WAS THIS AUTHOR S CONTRIBUTION TO THE WORK  Anonymous?  ☐Yes  ☐No  Pseudonymous?  ☐Yes  ☐No | If the answer to either of these questions is "Yes  see detailed instructions |

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1  4  or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA  TX  or VA*

**CONTINUATION OF** (Check which) ☐ Space 1   ☒ Space 4   ☐ Space 6

MBC Beteiligungs GmbH & Co  Filmproduktions KG
Reichenbachstrasse 33
80469

**C**

Continuation
of other
Spaces

| Certificate will be mailed in window envelope to this address | Name ▾  Fox Group Legal<br>Attn  Mary McGuire (Bldg  2121  Room 731) |
| --- | --- |
| | Number/Street/Apt ▾<br>P O Box 900 |
| | City/State/ZIP ▾<br>Beverly Hills  CA  90213 |

Complete all necessary spaces
Sign your application

1  Application Form
2  Nonrefundable filing fee in check or money order payable to Register of Copyrights
3  Deposit material

Library of Congress  Copyright Office
101 Independence Avenue S E
Washington  D C  20559-6000

**D**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE
PA 1-250-718

EFFECTIVE DATE OF REGISTRATION

Month Feb Day 11 Year 2005

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
HITCH

PREVIOUS OR ALTERNATIVE TITLES ▼
LAST FIRST KISS, THE

NATURE OF THIS WORK ▼ See instructions
Motion Picture

**2**

**a** NAME OF AUTHOR ▼
Columbia Pictures Industries, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____ USA }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see Space 6)

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month February Day 11 Year 2005
Nation United States of America

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Columbia Pictures Industries, Inc.
10202 W Washington Blvd
Culver City, CA 90232-3195

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
Feb 11 2005
ONE DEPOSIT RECEIVED
Feb 11 2005 (6) 35mn/L
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

EXAMINED BY _____

CHECKED BY   DDW

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B or C.
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes" give: Previous Registration Number ▼  Screenplay, PAu 2-607-764        Year of Registration ▼  2001

**6** DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
   Previously published musical compositions and sound recordings of compositions, previously published film clips, computer program, books, magazines, newspapers, artwork, photography and posters

See instructions
before completing
this space

**b** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
   Entire motion picture except as described in Space 6a

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**a** Name ▼                    Account Number ▼
                    THOMSON & THOMSON C89
                    DA 061794

**b** CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
See Space 9

Area code and daytime telephone number  ( 310 ) 244-7553        Fax number  ( 310 ) 244-2366
Email gayle_mcdonald@spe.sony.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
                    ☐ author
                    ☐ other copyright claimant
   Check only one ▶  ☐ owner of exclusive right(s)
                    ☑ authorized agent of Columbia Pictures Industries, Inc.
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Gayle McDonald                                   Date  February 11, 2005

   Handwritten signature (X) ▼
☞  X /Gayle McDonell/

**9** Certificate
will be
mailed in
window
envelope
to this
address

Name ▼ Gayle McDonald
      Columbia Pictures Industries, Inc.
Number/Street/Apt ▼
      10202 W. Washington Blvd.
City/State/ZIP ▼
      Culver City, CA  90232-3195

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-250-717**

EFFECTIVE DATE OF REGISTRATION

Month **Feb**   Day **11**   Year **2005**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
BOOGEYMAN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**
Motion Picture

## 2

**a**
**NAME OF AUTHOR ▼**
GHP 1 - Boogeyman, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
Domiciled in _____ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Author of entire work (see Space 6)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month **February**   Day **4**   Year **2005** ✶
United States of America   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
GHP 1 - Boogeyman, LLC
Senator International
8666 Wilshire Blvd.
Beverly Hills, CA 90211

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
Feb 11, 2005

ONE DEPOSIT RECEIVED
Feb 11, 2005 (S) 35mm | L

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   DO NOT WRITE HERE

| EXAMINED BY *RG* | FORM PA |
|---|---|
| CHECKED BY *DOW* | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

*Publication date correct. Authority phone
call with Olivia Martin, authorized agent of
Sony Pictures Home Entertainment Inc., on February 18, 2005

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**  Screenplay: PAu 2-757-419   **Year of Registration ▼**  2003

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published musical compositions and sound recordings of compositions; previously
published artwork, paintings, posters.

**a**

**6**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Entire motion picture except as described in Space 6A.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼ THOMSON & THOMSON CRG
DA 061794

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
See Space 9

**b**

Area code and daytime telephone number   ( 310 ) 244-7553       Fax number   ( 310 ) 244-2366
Email  gayle_mcdonald@spe.sony.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of **Sony Pictures Home Entertainment Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Sony Pictures Home Entertainment Inc. by Gayle McDonald     Date   January 8, 2005

Handwritten signature (X) ▼   x *Gayle McDonald*

| Certificate will be mailed in window envelope to this address: | Name ▼  Gayle McDonald  Sony Pictures Home Entertainment Inc. | • Complete all necessary spaces • Sign your application in space 8 | **9** |
|---|---|---|---|
| | Number/Street/Apt ▼  10202 W. Washington Blvd. | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material | |
| | City/State/ZIP ▼  Culver City, CA  90232-3195 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-250-579**

EFFECTIVE DATE OF REGISTRATION

Jan 21, 2005
Month       Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼
ARE WE THERE YET?

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions
Motion Picture

**2**
**a** NAME OF AUTHOR ▼
Revolution Studios Distribution Company, LLC

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☑ No
Pseudonymous?     ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see space 6)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2005  Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month January   Day 21   Year 2005
United States of America   Nation

**4**
See instructions before completing this space.
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Revolution Studios Distribution Company, LLC
2900 W. Olympic Blvd.
Santa Monica, CA 90404

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 21 2005
ONE DEPOSIT RECEIVED
JAN 21 2005
TWO DEPOSITS RECEIVED
JAN 21 2005
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.                    DO NOT WRITE HERE

| EXAMINED BY | *AMG* | FORM PA |
|---|---|---|
| CHECKED BY | *DKL* | |
| ☐ **CORRESPONDENCE** Yes | | **FOR COPYRIGHT OFFICE USE ONLY** |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼           **Year of Registration** ▼

Screenplay Pending

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published musical compositions and sound recordings of compositions; previously published posters.

**a**

**6**

See instructions before completing this space.

**Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6A.

**b**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                      **Account Number** ▼

*Thomson & Thomson*                    *061794*

**a**

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

See Space 9

**b**

Area code and daytime telephone number  ( 310 ) 244-7553          Fax number  ( 310 ) 244-2366

Email gayle_mcdonald@spe.sony.com

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of Revolution Studios Distribution Company, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Gayle McDonald                                          Date  January 21, 2005

Handwritten signature (X) ▼

x  *Gayle McDonald*

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Gayle McDonald  Columbia Pictures Industries, Inc. | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | **Number/Street/Apt** ▼ 10202 W. Washington Blvd. | 1. Application form 2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights* 3. Deposit material |
| | **City/State/ZIP** ▼ Culver City, CA 90232-3195 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in